IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CR-00008-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| KIMBERLY RENEE BRINKMAN, | ) ) ) | |
| Defendant. | ) | |

This matter comes before the court on the Defendant's pro se motion for early termination of supervised release, which the court construes as raised pursuant to 18 U.S.C. § 3583(e)(1). DE 46. The United States shall file a written response to Defendant's motion on or before October 16, 2023.

SO ORDERED this 25th day of September, 2023.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE